Case 3:22-cv-00147   Document 12   Filed on 07/18/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

No. 3:22-0147

CECELIA ANDREWS, # 135674, PLAINTIFF,

v.

BRAZORIA COUNTY DETENTION CENTER, DEFENDANT.

**ORDER OF DISMISSAL**

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

Cecelia Andrews, who previously was an inmate in the Brazoria County Detention Center, proceeds *in forma pauperis* in this civil-rights action. On July 8, 2022, Andrews's copy of the court's recent order was returned to the court as undeliverable. Dkt. 11. Public records reflect that Andrews was released from custody on June 8, 2022. *See* Jail Records, Brazoria County, available at https://pubweb.brazoriacountytx.gov/PublicAccess/default.aspx (last visited July 15, 2022). She has not provided the court with an updated address as required by Rule 83.4 of the Local Rules for the Southern District of Texas.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018);

*Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure.

The court orders that this case is dismissed without prejudice. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the plaintiff.

Signed on Galveston Island this  18th  day of   July                , 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE